# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

129066

GERALD T. VAN SICKLE and
CRYSTAL A. VAN SICKLE,
      Plaintiffs-Appellants,

v

MICHIGAN DEPARTMENT OF
TREASURY,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129066
COA: 260068
Ct of Claims: 03-000119-MM

      On order of the Court, the application for leave to appeal the May 31, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk

11121